| | |
|---|---|
| ROBERT A. MITTELSTAEDT (SBN 060359)<br>ramittelstaedt@jonesday.com<br>JASON MCDONELL (SBN 115084)<br>jmcdonell@jonesday.com<br>JONES DAY<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 626-5700<br><br>EVAN R. CHESLER<br>echesler@cravath.com<br>RICHARD J. STARK<br>rstark@cravath.com<br>TEENA-ANN V. SANKOORIKAL<br>tsankoor@cravath.com<br>JISUN PARK<br>jxpark@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>Attorneys for Defendant and Counterclaimant<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION | DANIEL J. BERGESON (SBN 105439)<br>dbergeson@be-law.com<br>JOHN W. FOWLER (SBN 037463)<br>jfowler@be-law.com<br>JAIDEEP VENKATESAN (SBN 211386)<br>jvenkatesan@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br><br>ROBERT M. BUCHANAN, JR. (BBON 545910)<br>rbuchanan@choate.com<br>*PRO HAC VICE PENDING*<br>JARED M. BARNES (BBON 679342)<br>jbarnes@choate.com<br>*PRO HAC VICE PENDING*<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br><br>Attorneys for Nonparty<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEON ENTERPRISE SOFTWARE, LLC,<br><br>      Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant-Counterclaim Plaintiff. | Case No. 5:11-mc-80058 LHK (PSG)<br><br>Underlying action pending in the United States District Court for the Western District of Texas, Case No. 1:09-cv-00896-JRN<br><br>**STIPULATED [PROPOSED] ORDER ON MOTION TO CONSIDER WHETHER CASES ARE RELATED** |

1   Having considered the Stipulated Administrative Motion to Consider Whether Cases are
2   Related ("Administrative Motion") and the Declaration of Jason McDonell in support thereof, the
3   Court hereby GRANTS the Administrative Motion. The two miscellaneous cases identified in
4   the Administrative Motion, *Neon Enterprise Software, LLC v. International Business Machines*
5   *Corporation*, Case No. 5-11-mc-80058 LHK (PSG) (the "HP Deposition Subpoena" case), filed
6   March 14, 2011, and the Notice of Motion and Motion by International Business Machines
7   Corporation to Compel Hewlett-Packard Company's Compliance with Subpoena for Documents,
8   Memorandum of Points and Authorities, Case No. __11-mc-80060____ , filed March 18,
9   2011, are hereby considered related cases for purposes of adjudication.

11   DATED:  _March 29, 2011            By:  _____*Lucy H. Koh*_____
12                                           Hon. Lucy H. Koh
                                             United States District Judge

14   SFI-664589v1