DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JOHN W. FOWLER, Bar No. 037463
jfowler@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ROBERT M. BUCHANAN, JR., BBO No. 545910
rbuchanan@choate.com
*PRO HAC VICE PENDING*
JARED M. BARNES, BBO No. 679342
jbarnes@choate.com
*PRO HAC VICE PENDING*
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000

Attorneys for Nonparty
HEWLETT-PACKARD COMPANY

**RECEIVED**

MAR 1 4 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| *In re* IBM Subpoena in the matter of:<br><br>NEON ENTERPRISE SOFTWARE, LLC<br><br>    Plaintiff,<br><br>        vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | Case No. CV 11 80058 MISC<br><br>Underlying action pending in the United States District Court for the Western district of Texas, CASE No. 1:09-cv-00896-JRN<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1  Robert M. Buchanan, Jr., whose business address and telephone number is Choate, Hall &
2  Stewart LLP, Two International Place, Boston, MA 02110, 617-248-5000, and who is an active
3  member in good standing of the bar of the Commonwealth of Mass., having applied in the above-
4  entitled action for admission to practice in the Northern District of California on a pro hac vice
5  basis, representing Hewlett-Packard Company,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designed in the application will
9  constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

11 DATED: March 29, 2011

12 _____
   The Honorable Lucy H. Koh
13 United States District Court Judge

---

[Proposed] Order Granting Application For Admission of Attorney *Pro Hac Vice* – Case No.