1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  ROBERT M. BUCHANAN, JR., BBO No. 545910
   rbuchanan@choate.com
8  *PRO HAC VICE PENDING*
   JARED M. BARNES, BBO No. 679342
9  jbarnes@choate.com
10 *PRO HAC VICE PENDING*
   CHOATE HALL & STEWART LLP
11 Two International Place
   Boston, MA 02110
12 Tel:  (617) 248-5000
   Fax:  (617) 248-4000
13

14 Attorneys for Nonparty
   HEWLETT-PACKARD COMPANY
15

**RECEIVED**

MAR 1 4 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                  SAN JOSE DIVISION

CV 11  80058 MISC.
                LHK      HRL

19

20  *In re* IBM Subpoena in the matter of:        Case No.

21  NEON ENTERPRISE SOFTWARE, LLC          Underlying action pending in the United States
                                          District Court for the Western district of Texas,
22          Plaintiff,                    CASE No. 1:09-cv-00896-JRN

23          vs.                           [~~PROPOSED~~] ORDER GRANTING
                                          APPLICATION FOR ADMISSION OF
24  INTERNATIONAL BUSINESS MACHINES       ATTORNEY *PRO HAC VICE*
    CORPORATION,
25
            Defendant.
26

27

28

─────────────────────────────────────────────
[~~Proposed~~] Order Granting Application For Admission of Attorney *Pro Hac Vice* – Case No.

1   Jared M. Barnes, whose business address and telephone number is Choate, Hall & Stewart

2   LLP, Two International Place, Boston, MA 02110, 617-248-5000, and who is an active member in

3   good standing of the bar of the Commonwealth of Mass., having applied in the above-entitled

4   action for admission to practice in the Northern District of California on a pro hac vice basis,

5   representing Hewlett-Packard Company,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

8   *vice*. Service of papers upon and communication with co-counsel designed in the application will

9   constitute notice to the party. All future filings in this action are subject to the requirements

10   contained in General Order No. 45, *Electronic Case Filing.*

11   DATED: March 29, 2011

12   _____

13   The Honorable
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order Granting Application For Admission of Attorney *Pro Hac Vice* – Case No.