| | |
|---|---|
| ROBERT A. MITTELSTAEDT (SBN 060359)<br>ramittelstaedt@jonesday.com<br>JASON MCDONELL (SBN 115084)<br>jmcdonell@jonesday.com<br>JONES DAY<br>555 California Street<br>26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 626-5700<br><br>EVAN R. CHESLER<br>echesler@cravath.com<br>RICHARD J. STARK<br>rstark@cravath.com<br>TEENA-ANN V. SANKOORIKAL<br>tsankoor@cravath.com<br>JISUN PARK<br>jxpark@cravath.com<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>Attorneys for Defendant and Counterclaimant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION | DANIEL J. BERGESON (SBN 105439)<br>dbergeson@be-law.com<br>JOHN W. FOWLER (SBN 037463)<br>jfowler@be-law.com<br>JAIDEEP VENKATESAN (SBN 211386)<br>jvenkatesan@be-law.com<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br><br>ROBERT M. BUCHANAN, JR. (BBON 545910)<br>rbuchanan@choate.com<br>*Admitted Pro Hac Vice*<br>JARED M. BARNES (BBON 679342)<br>jbarnes@choate.com<br>*Admitted Pro Hac Vice*<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br><br>Attorneys for Nonparty<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEON ENTERPRISE SOFTWARE, LLC,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Counterclaim Plaintiff. | Case No. 5:11-mc-80058 LHK (NJV)<br><br>and<br><br>Case No. 5:11-mc-80060-LHK (NJV)<br><br>Underlying action pending in the United States District Court for the Western District of Texas, Case No. 1:09-cv-00896-JRN<br><br>**STIPULATION WITHDRAWING DISCOVERY MOTIONS AND [PROPOSED] ORDER** |

1  Non-party Hewlett-Packard Company ("HP") and Defendant-Counterclaim Plaintiff
2  International Business Machines Corporation ("IBM") jointly submit this Stipulation and
3  Proposed Order withdrawing their respective pending discovery motions.
4  WHEREAS, on March 14, 2011, HP filed a Notice of Motion and Motion to Quash
5  Subpoena and Memorandum of Points and Authorities in Support Thereof (5:11-mc-80058-LHK
6  (NJV), ECF No. 1) ("HP Deposition Subpoena" motion).
7  WHEREAS, on March 18, 2011, IBM filed a Notice of Motion and Motion to Compel
8  Hewlett-Packard Company's Compliance with Subpoena for Documents (5:11-mc-80060-LHK
9  (NJV), ECF No. 1) ("IBM Document Subpoena" motion).
10 WHEREAS, both the HP Deposition Subpoena and IBM Document Subpoena motions
11 are miscellaneous cases that arise from an action pending in the United States District Court for
12 the Western District of Texas, *Neon Enterprise Software, LLC v. International Business Machines*
13 *Corporation* (Case No. 1:09-CV-00896-JRN).
14 WHEREAS, this Court ordered that the HP Deposition Subpoena and IBM Document
15 Subpoena motions are related for purposes of adjudication (5:11-mc-80058-LHK (NJV), ECF No.
16 14 and 5:11-mc-80058-LHK (NJV), ECF No. 8) and both motions were referred to the Honorable
17 Magistrate Judge Nandor J. Vadas on March 29, 2011.
18 WHEREAS, HP and IBM have reached a resolution of the issues raised in their respective
19 motions.
20 WHEREAS, HP agrees to withdraw without prejudice the HP Deposition Subpoena
21 motion and IBM agrees to withdraw without prejudice the IBM Document Subpoena motion.
22 THEREFORE, IT IS STIPULATED by HP and IBM, through their respective counsel,
23 and pending this Court's approval, that the HP Deposition Subpoena and the IBM Document
24 Subpoena motions may be deemed withdrawn without prejudice and these miscellaneous cases
25 may be closed.
26 ///
27 ///
28 ///

1 | DATED: April 12, 2011

2 | /s/Jason McDonell
Jason McDonell
3 | JONES DAY

4 | CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler, Esq.
5 | Richard J. Stark, Esq.
Teena-Ann V. Sankoorikal, Esq.
6 | Jisun Park, Esq.

7 | *Attorneys for defendant International Business Machines Corporation*

8 | In accordance with General Order No. 45, Rule X, the above signatory attests that

9 | concurrence in the filing of this document has been obtained from the signatory below.

10 | DATED: April 12, 2011

11 | /s/ Jaideep Venkatesan
Jaideep Venkatesan
12 | BERGESON, LLP

13 | CHOATE HALL & STEWART LLP
Robert Buchanan, Esq.
14 | Jared M. Barnes, Esq.

15 | *Attorneys for Hewlett-Packard Company*

17 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21 | Dated: April 13, 2011

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge